United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HRB DIGITAL LLC, et al.,

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Defendant.

Case No. 26-cv-11712-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:24-cv-00253-BLF.

**IT IS SO ORDERED.**

Dated: October 23, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**